**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN CARRANZA,

        Plaintiff,

    v.

DEPARTMENT OF CHILD SUPPORT SERVICES OF SANTA BARBARA COUNTY,

      Defendant.

No. 2:25-CV-5816 CV (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANT'S MOTION TO DISMISS (DOC. NO. 11)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's Motion to Dismiss Plaintiff's operative Complaint, Plaintiff's Opposition thereto, Defendant's Reply, the Report and Recommendation of the United States Magistrate Judge on the Motion to Dismiss, and the Court's file and record in this case.  The Court has considered Plaintiff's March 30, 2026, Objections to the Report and Recommendation and conducted a de novo review of those portions of the Report and Recommendation to which Plaintiff objected.  Having conducted a de novo review, Plaintiff's March 30, 2026, Objections do not cause this Court to alter or modify the Report and Recommendation.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT: (1) Defendant's Motion to Dismiss (Doc. No. 11) is GRANTED as to Plaintiff's first, third, fourth, and fifteenth claims for relief without leave to amend; (2) Defendant's Motion to Dismiss is GRANTED as to Plaintiff's second, fifth through fourteenth, and sixteenth claims for relief with

leave to amend; and (3) Defendant's Motion to Dismiss for failure to prosecute is DENIED.  Plaintiff shall have 21 days from the date of this Order to file a First Amended Complaint.

DATED: April 28, 2026

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2